### 10032.   WHITEHEAD *v.* PRINCE.

JENKINS, J.   A distress warrant for rent was issued on behalf of the defendant in error, which was properly made returnable to the city court of Carrollton.  On the trial the amount of the claim to the extent of the verdict rendered for the plaintiff was proved by undisputed testimony.  *Held*, that the court did not err in directing the verdict.

*Judgment affirmed. Wade, C. J., and Luke, J., concur.*

DECIDED JUNE 20, 1918.

Distraint; from city court of Carrollton—Judge Beall.   June 20, 1918.

*Leon Hood,* for plaintiff in error.  *Buford Boykin,* contra.